**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-2361**

─────────────

CALVIA LYNN HILL,

Plaintiff - Appellant,

versus

WAL-MART STORES, INCORPORATED,

Defendant - Appellee.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. James C. Fox, Senior District Judge. (CA-00-425-5-F(2))

─────────────

Submitted: March 22, 2001     Decided: March 27, 2001

─────────────

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Calvia Lynn Hill, Appellant Pro Se. Todd M. Sullivan, WOMBLE, CARLYLE, SANDRIDGE & RICE, Raleigh, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Calvia Lynn Hill appeals the district court's order granting summary judgment in this employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Hill v. Wal-Mart Stores, Inc., No. CA-00-425-5-F(2) (E.D.N.C. filed Sept. 26, 2000; entered Sept. 27, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED